B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): Lackman, Thomas L. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): 7083 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 2540 Northside Drive, Apt. 104 San Diego, CA 92108 ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
(a) 19300 Stafford Rd, Lake Oswego, OR 97034 (b) 40003 N. Pride Drive, Anthem, AZ 85086 ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
Real estate broker & advisor

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Case #: 10-10177-LT11
Debtor.: THOMAS L. LACKMAN
Judge.: LAURA TAYLOR
Chapter: 11
Filed : June 11, 2010 14:07:56
Deputy : MEGAN CASS
Receipt: 210269
Amount : $1,039.00
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District of California

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Thomas L. Lackman | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): Thomas L. Lackman

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under ~~chapter 7~~ Chapter 11.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X Thomas L. Lackman
Signature of Debtor

X ____________________
Signature of Joint Debtor

623-824-6666
Telephone Number (if not represented by attorney)

6-11-10
Date

### Signature of Attorney*

X ____________________
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ____________________
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ____________________
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X ____________________

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

Southern District of California

In re Thomas L. Lackman
Debtor

Case No.____________
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ______________________________
______________________________________________________________.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: Thomas J. Farber

Date: 6/11/10

# United States Bankruptcy Court

Southern District of California

In re Thomas L. Lackman, Debtor

Case No. ______

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | | $ 1,741,500.00 | | |
| B - Personal Property | Yes | | $ 27,121.00 | | |
| C - Property Claimed as Exempt | Yes | | | | |
| D - Creditors Holding Secured Claims | Yes | | | $ 1,912,638.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | | | $ 4,222.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | $ 234,235.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | | | | |
| H - Codebtors | Yes | | | | |
| I - Current Income of Individual Debtor(s) | Yes | | | | $ 11,324.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | | | | $ 6,150.00 |
| TOTAL | | | $ 1,768,621.00 | $ 2,151,095.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

Southern District of California

In re Thomas L. Lackman, Debtor

Case No. ________________

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 122.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ 122.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 11,324.00 |
| Average Expenses (from Schedule J, Line 18) | $ 6,150.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 178,058.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 4,222.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 200.00 |
| 4. Total from Schedule F | | $ 234,235.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 412,493.00 |

B6A (Official Form 6A) (12/07)

In re Thomas L. Lackman, Debtor

Case No. ______________ (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See attached | | | | |
| | | Total➤ | 1,741,500.00 | |

(Report also on Summary of Schedules.)

In re: Thomas L. Lackman, Debtor

Case No. ______________

Schedule A Continuation Sheet 1 of 1

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | | Current Value of Debtor's Interest in Property | | Amount of Secured Claim. |
|---|---|---|---|---|---|---|
| Item A<br>Residence and rental property<br>19300 Stafford Road<br>Lake Oswego, OR 97034 | Tenant in Common | Husband | | $ 1,500,000 | First<br>Second | $ 1,366,776<br>$ 121,303 |
| Item B<br>Rental property<br>40003 N. Pride Drive<br>Anthem, AZ 85086 | Fee simple | Community | | $ 241,500 | First<br>Second | $ 379,558<br>$ 40,000 |
| | | | Total | $ 1,741,500 | | $ 1,907,637 |

B 6B (Official Form 6B) (12/07)

In re Thomas L. Lackman, Debtor

Case No. ______________ (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | (a) Chase bank checking<br>(b) Band of Lake Oswego checking | J | 8,021.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Portofino apartments | C | 1,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Bedroom sets, living room set, two televisions, dining set, patio set, miscellaneous | C | 3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MIscellaneous | C | 500.00 |
| 6. Wearing apparel. | | Miscellaneous | C | 500.00 |
| 7. Furs and jewelry. | | Wedding rings, watch | C | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous | C | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re Thomas L. Lackman, Debtor

Case No. ______ (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Lackman Commercial Group, PLLC | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Reduce Your Rent, LLC | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Michael Jackowitz | C | 1,500.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Contingent receivable based on tenants-in-common operating agreement with respect to real property | C | |

In re Thomas L. Lackman, Debtor

Case No. ____________ (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Mercedes Benz C320 | C | 6,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk, bookcases, chair, supplies | C | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Toshiba laptop computer, Canon printer, BNlackberry cell phone, supplies | C | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Three dogs | C | 200.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | 1/2 interest in Kubota farm tractor & supplies | C | 3,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

2 continuation sheets attached Total ➤ $ 27,121.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (04/10)

In re Thomas L. Lackman, Debtor

Case No. ____________ (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
*(Check one box)*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☑ Check if debtor claims a homestead exemption that exceeds $146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| See attached | | | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In Re Thomas L. Lackman, Debtor

Case No ______________

Schedule C - Property Claimed Exempt Continuation Sheet 1 of 1

| Description of Property | Law Providing Exemption | Value of Exemption | Value of Property Without Exemption |
|---|---|---|---|
| Homestead on Oregon property | AZ | $ 150,000 | $ 1,500,000 |
| Landlord security deposit | AZ | $ 1,200 | $ 1,200 |
| Household goods | AZ | $ 4,000 | $ 3,000 |
| Wearing apparel | AZ | $ 500 | $ 500 |
| Pets | AZ | $ 500 | $ 150 |
| Watch | AZ | $ 100 | $ 100 |
| Wedding rings | AZ | $ 1,000 | $ 1,000 |
| 2002 Mercedes Benz C320 | AZ | $ 5,000 | $ 6,500 |
| Tools of trade - including work vehicle above | AZ | $ 2,500 | $ 2,500 |
| Library | AZ | $ 250 | $ 250 |
| Bank account | AZ | $ 150 | $ 200 |
| Farm tools | AZ | $ 2,500 | $ 3,000 |
| | Total | $ 167,700 | $ 1,518,400 |

**In re** Thomas L. Lackman , **Case No.** ____________________
**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>See attached | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| 1 continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ | $ |
| | | | Total ► (Use only on last page) | | | | $ 1,912,638.24 | $ 178,058.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re Thomas L. Lackman, Debtor  Case No. ______________

**Attachment to Schedule D**
**Creditors Holding Secured Claims**

| | Creditor's Name, Address & Account No. | Date Incurred, Nature, Description & Value | H,W,J | Amount of Claim Wiithout Deducting Value of Collateral | Unsecured Portion if Any |
|---|---|---|---|---|---|
| 1 | Original lender:<br>Webster Bank, National Association<br>400 112th Avenue NE, Ste 110<br>Bellevue, WA 98004<br>Loan No. 4710161710<br><br>Servicing bank:<br>Countrywide Bank<br>MSN SV-26B<br>PO Box 10229<br>Van Nuys, CA 91410<br>Account No. 106427072<br><br>Successor lender:<br>Bank of America Home Loans<br>PO Box 10222<br>Van Nuys, CA 91410<br>Account No. 106427072<br><br>Trustee:<br>ReconTrust Company, NA<br>1800 Tapo Canyon Rd., CA6-914-01-94<br>Simi Valley, CA 93063<br>TS No. 10-0011925 | First mortgage<br>19300 Stafford Road<br>Lake Oswego, Oregon 97034 | J | $ 1,366,776.13 | $ - |
| 2 | Consolidated Federal Credit Union<br>2021 NE Sandy Blvd<br>Portland, Oregon 97232<br>Loan No. 123057-66 | Second mortgage<br>19300 Stafford Road<br>Lake Oswego, Oregon 97034 | J | $ 121,303.70 | $ - |
| 3 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062<br>Loan No. 137326648 | First mortgage<br>40003 N. Pride Drive<br>Anthem, AZ 85086 | | $ 379,558.41 | $ 138,058.00 |
| 4 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062<br>Loan No. 137326656 | Second mortgage<br>40003 N. Pride Drive<br>Anthem, AZ 85086 | | $ 40,000.00 | $ 40,000.00 |
| 5 | Pinnacle Loans<br>9284 W. Northern Ave., Suite 104<br>Glendale, AZ 85305d | Car loan<br>2002 Mercedes Benz C320 | | $ 5,000.00 | $ - |
| | | | | $ 1,912,638.24 | $ 178,058.00 |

**In re** Thomas L. Lakman, Debtor — **Case No.** ____________ *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

** Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** Thomas L. Lakman, Debtor | **Case No.** ______ *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

** Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1 continuation sheets attached

**In re** Thomas L. Lakman, **Debtor**

**Case No.** ______ **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Levi Holloway<br>40003 N. Pride Drive<br>Anthem, AZ 85086 | | C | 1/23/10 | x | | | 1,500.00 | 1,500.00 | |
| Account No.<br>Jesper Angelo<br>19300 Stafford Road<br>Lake Oswego, OR 97034 | | C | 8/23/09 | X | | | 2,800.00 | 2,600.00 | 200.00 |
| Account No.R055623834<br>Oregon Dept. of Revenue<br>955 Center St., Suite 1-435<br>Salem, OR 97301 | | | | | | | 122.19 | 122.19 | |
| Account No. | | | | | | | | | |
| Subtotals➤ (Totals of this page) | | | | | | | $ 4,422.19 | $ 4,222.19 | 200.00 |
| Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | | | | $ 4,422.19 | | |
| Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | | $ 4,222.19 | $ 200.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

B 6F (Official Form 6F) (12/07)

In re Thomas L. Lackman, Debtor

Case No. ______________ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>See attached | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal➤ | $ Ø |
| | | | | | | Total➤ | $ |

5 continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re Thomas L. Lackman, Debtor Case No. ___________

Schedule F - Creditors Holding Unsecured Nonpriority Claims Continuation Sheet 2 of 5

| Creditors Name, Address and Account No. | H,W,J or C | Date | Amount |
|---|---|---|---|
| Care Credit / GE Money Bank<br>Account No. 6019182303209069<br>c/o Allied Interstate<br>PO Box 361774<br>Columbus, OH 43236<br>Account No. 6019182303209069<br>NES Account No. 8787083 PWY017 | H | | $ 17,262.80 |
| Qwest<br>PO Box 29040<br>Phoenix, AZ 85038<br>Account No. J623551-1315F6961 | H | | $ 205.82 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096<br>Account No. 371553748311007<br>Collection by:<br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Account No. CID02033477601USD | H | | $ 7,170.20 |
| Portland General Electric<br>PO Box 4438<br>Portland, OR 97208<br>Account No. 0001 13933-575195-1<br>Collection by:<br>Bonneville Billing & Collection, Inc.<br>PO Box 150621<br>Ogden, UT 84415<br>Account No. 696958-583728<br>Account No. 6180995 | H | | $ 414.94 |
| Clackamas County<br>Water Environment Services<br>150 Beavercreek Rd.<br>Oregon City, OR 97045<br>Account No. 09-12834-02 | H | | $ 48.00 |
| Frys Electronics<br>c/o First Electronic Bank<br>PO Box 760<br>Draper, UT 84020 | H | | $ 1,908.08 |
| | | Subtotal | $ 27,009.84 |

In re Thomas L. Lackman, Debtor        Case No. ____________

Schedule F - Creditors Holding Unsecured Nonpriority Claims Continuation Sheet 3 of 5

| Creditors Name, Address and Account No. | H,W,J or C | Date | Amount |
|---|---|---|---|
| Arizona American Water<br>PO Box 7150<br>Pasadena, CA 91109<br>Account No. 23-0265319-7 | H | | $ 99.78 |
| Arizona Cardiology Group<br>PO Box 66634<br>Phoenix, AZ 85082<br>Account No. 109385 | H | | $ 32.68 |
| Home Depot<br>PO Box 653000<br>Dallas, TX 75265<br>Account No. 6035 3202 8305 7378 | H | | $ 3,367.11 |
| Wells Fargo Bank<br>MAC #Q2132-013<br>PO Box 94423<br>Albuquerque, NM 87199<br>Collection by:<br>Primary Financial Services, LLC<br>3115 N 3rd Avenue, Suite 112<br>Phoenix, AZ 85013 | H | | $ 91,380.32 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285<br>Account No. 5490 9900 9455 9737 | H | | $ 39,152.15 |
| Arizona Department of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007<br>Taxpayer ID 012426300 | J | | $ 645.40 |
| Bank of America<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Creditor's Account No. 004378763677<br>Servicer Account No. 3333330273 | H | | $ 1,393.18 |
| Bank of America<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Creditor's Account No. 004378763677<br>Servicer Account No. 3333330273 | H | | $ 31.09 |
| | | Subtotal | $ 136,101.71 |

In re Thomas L. Lackman, Debtor — Case No. ____________

Schedule F - Creditors Holding Unsecured Nonpriority Claims Continuation Sheet 4 of 5

| Creditors Name, Address and Account No. | H,W,J or C | Date | Amount |
|---|---|---|---|
| Arizona Public Service<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Creditor's Account No. 785365281<br>Servicer Account No. 9W8GS6 | H | | $ 990.98 |
| Citi Cards<br>PO Box 6940<br>The Lakes, NV 88901<br>Account No. 5424 1806 1834 4029<br>Collection by:<br>Client Services, Inc.<br>3451 Harry Truman Bl vd<br>St. Charles, MO 63301<br>Ref. No. 010521873 | H | | $ 3,052.08 |
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account No. 5582 5086 2451 7774 | H | | $ 15,649.85 |
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account No. 4417 1230 2390 2850<br>Collection by:<br>Frederick J. Hanna & Associates, PC<br>1427 Roswell Road<br>Marietta, GA 30062<br>File No. 10176888 | H | | $ 40,747.27 |
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account No. 4185 8671 0473 3416 | H | | $ 3,263.94 |
| Lowe's<br>PO Box 530914<br>Atlanta, GA 30353<br>Account No. 819 2439 205646 1 | H | | $ 248.42 |
| Sears<br>PO Box 6283<br>Sioux Falls, SD 57117<br>Account No. 5049 9415 7864 9078 | H | | $ 1,706.96 |
| | | Subtotal | $ 65,659.50 |

In re Thomas L. Lackman, Debtor Case No. ___________

Schedule F - Creditors Holding Unsecured Nonpriority Claims Continuation Sheet 5 of 5

| Creditors Name, Address and Account No. | H,W,J or C | Date | Amount |
|---|---|---|---|
| The Room Store<br>c/o Wells Fargo National Bank<br>PO Box 98752<br>Las Vegas, NV 89193<br>Account No. 5774 4215 4022 5084 | H | | $ 3,458.84 |
| Monitronics Funding LP<br>Dept. CH 8628<br>Palatine, IL 60055<br>Account No. 29655552 | H | | $ 243.47 |
| Allied Waste Services<br>PO Box 78829<br>Phoenix, AZ 85062<br>Account No. 3 0753 0070693<br>Collection by:<br>Credit Management Co.<br>PO Box 16346<br>Pittsburgh, PA 15242<br>Account No. 3834766 | H | | $ 171.97 |
| Qwest Communications<br>c/o West Asset Management<br>3432 Jefferson Ave.<br>Texarkana, AR 71854<br>Account No. J 623 551 1315F 6961 | H | | $ 205.82 |
| Brad Brown<br>c/o Glass<br>7751 E. Glenrosa Ave, Unit D-4<br>Scottsdale, AZ 85251 | H | | $ 150.00 |
| NW Natural<br>PO Box 6017<br>Portland, OR 97228<br>Account No. 793413-6 | H | | $ 126.69 |
| Anthem Community Council, Inc.<br>c/o AAM, LLC<br>7740 N 16th St, Suite 300<br>Phoenix, AZ 85020<br>Account No. 192449 | H | | $ 601.90 |
| Dan's Pool Catering, LLC<br>3120 W. Carefree Hwy<br>Suite 1-435<br>Phoenix, AZ 85086 | H | | $ 505.50 |
| | | Subtotal | $ 5,464.19 |
| | | Total | $ 234,235.24 |

B 6G (Official Form 6G) (12/07)

**In re** Thomas L. Lackman, **Debtor** — **Case No.** ____________ **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Chrysler Financial<br>PO Box 9001921<br>Louisville, KY 40290<br>Account No. 7002694552 | Lease of 2008 Jeep Liberty |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

**In re** Thomas L. Lackman , **Case No.** ____________
**Debtor** **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mary Jo Avery<br>c/o Re/Max Properties<br>4800 Meadows Road<br>Lake Oswego, Oregon 97035 | Consolidated Federal Credit Union<br>2021 NE Sandy Blvd.<br>Portland, Oregon 97232<br>Loan No. 123057-66 |

B6I (Official Form 6I) (12/07)

In re Thomas L. Lackman, Debtor — Case No. ____________ (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: M | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real estate broker and consultant | |
| Name of Employer | Self | |
| How long employed | 10 years | |
| Address of Employer | 2540 Northside Drive, Apt 104<br>San Diego, CA 92108 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 1,000.00 | $ 5,000.00 |
| 2. Estimate monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 1,000.00 | $ 4,500.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ 500.00 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify): | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ 500.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,000.00 | $ 4,000.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ 4,300.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ 100.00 |
| 11. Social security or government assistance (Specify): | $ 1,924.00 | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify): | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 6,224.00 | $ 100.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 7,224.00 | $ 4,100.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 11,324.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Debtor expects income from real estate commissions and consulting fees to increase significantly over the next 12 months.

B6J (Official Form 6J) (12/07)

In re Thomas L. Lackman, Debtor

Case No. ______ (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,050.00 |
| a. Are real estate taxes included? Yes ✓ No ___ | |
| b. Is property insurance included? Yes ✓ No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 200.00 |
| b. Water and sewer | $ 50.00 |
| c. Telephone | $ 300.00 |
| d. Other | $ |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 150.00 |
| 8. Transportation (not including car payments) | $ 50.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 150.00 |
| b. Life | $ |
| c. Health | $ 400.00 |
| d. Auto | $ 250.00 |
| e. Other Personal umbrella | $ 100.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other | $ |
| c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other Operating expenses for two rental properties | $ 1,000.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,150.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

No significant increases expected

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 11,324.00 |
| b. Average monthly expenses from Line 18 above | $ 6,150.00 |
| c. Monthly net income (a. minus b.) | $ 5,174.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re Thomas L. Lackman, Debtor

Case No. ____________ (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 6/11/10 Signature: Thomas L. Lackman
Debtor

Date ____________ Signature: ____________
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X ____________
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the ____________ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ____________ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ____________

Signature: ____________

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

Southern District of California

In re: Thomas L. Lackman
Debtor

Case No. ___________________

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062<br>Loan No. 137326656 | | First Mortgage | | $ 379,558<br>Value of collateral<br>$241,500 |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062<br>Loan No. 137326656 | | Second mortgage | | $ 40,000<br>Value of collateral<br>$241.500 |
| Care Credit / GE Money Bank<br>c/o Allied Interstate<br>PO Box 361774<br>Columbus, OH 43236<br>Account No. 6109182303209069<br>Ref. 8787083PWY017 | | Medical bill | | $ 17,262 |
| American Express<br>Box 0001<br>Los Angeles, CA 90096<br>Account No. 371553748311007<br>Collection by:<br>NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Account No. CID0203347760USD | | Credit card | | $ 7,170 |

| Creditor | Nature of claim | Amount |
|---|---|---|
| Portland General Electric<br>PO Box 4438<br>Portland, OR 97208<br>Account No. 0001 13933-575195-1<br>Collection by:<br>Bonneville Billing & Collection, Inc.<br>PO Box 150621<br>Ogden, UT 84415<br>Account No. 696958-583728<br>Ref. No. 6180995 | Trade debt | $ 800 |
| Fry's Electronics<br>c/o First Electronic Bank<br>PO Box 760<br>Draper, UT 84020 | Trade debt | $ 1,908 |
| Home Depot<br>PO Box 653000<br>Dallas, TX 75265<br>Account No. 6035320283057378 | Credit card | $ 3,367 |
| Wells Fargo Bank<br>MAC #Q2132-013<br>PO Box 94423<br>Albuquerque, NM 87199<br>Collection by:<br>Primary Financial Services, LLC<br>3115 N. 3rd Ave, Suite 112<br>Phoenix, AZ 85013 | Auto loan deficiency | $ 91,380 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285<br>Account No. 5490 9900 9455 9737 | Credit card | $ 39,152 |
| Arizona Department of Revenue<br>1600 West Monroe Street<br>Phoenix, AZ 85007<br>Taxpayer ID 012426300 | Income taxes | $ 645 |
| Bank of America<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Account No. 004378763677<br>Ref. No. 3333330273 | Credit card | $ 1,393 |
| Arizona Public Service<br>c/o NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044<br>Account No. 785365281<br>Ref. No. 9W8GS6 | Trade debt | $ 990 |
| Citi Cards<br>PO Box 6940<br>The Lakes, NV 88901<br>Collection by:<br>Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301<br>Account No. 5424180618344029 | Credit card | $ 3,052 |

| | | | |
|---|---|---|---|
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account No. 5582 5086 2451 7774 | Credit card | | $ 15,649 |
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account NO. 4417 1230 2390 2850<br>Collection by:<br>Frederick J. Hanna & Associates PC<br>1427 Roswell Road<br>Marietta, GA 30062<br>Ref No. 1016888 | Credit card | | $ 40,747 |
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094<br>Account No. 4185 8671 0473 3416 | Credit card | | $ 3,263 |
| Sears<br>PO Box 6283<br>Sioux Falls, SD 57117<br>Account No. 5049 9415 7864 9078 | Trade debt | | $ 1,706 |
| The Room Store<br>c/o Wells Fargo National Bank<br>PO Box 98752<br>Las Vegas, NV 89193<br>Account No. 5774 4215 4022 5084 | Credit line | | $ 3,458 |
| Anthem Community Council, Inc.<br>c/o AAM, LLC<br>7740 N 16th St, Suite 300<br>Phoenix, AZ 85020<br>Account No. 192449 | HOA dues | | $ 602 |
| Jesper Angelo<br>19300 SW Stafford Road<br>Lake Oswego, Oregon 97034 | Lease deposit | Contingent | $ 2800 |
| Levi Holloway<br>40003 N. Pride Drive<br>Anthem, AZ 85086 | Lease deposit | Contingent | $ 1500 |

Date: 6/16/10

[signature]
Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date ______________________ Signature ____________________________

Name Printed ________________________
An Individual