

Thomas L. Lackman, Pro Se
2540 Northside Drive, #104
San Diego, CA 92108
623-824-6666

FILED

2011 JAN 31 PM 1:01

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In Re: ) CASE NO: 10-10177-LT-11
Thomas L. Lackman )
) **NOTICE OF BAR DATE FOR FILING**
        Debtor. ) **PROOFS OF CLAIMS**
_____ )
)
)

Hearing Date: None
Time: None
Department: 3
Honorable Laura S. Taylor

_____

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

## TO: ALL PERSONS ASSERTING A CLAIM AGAINST THE ABOVE-CAPTIONED DEBTOR

     Please take notice that on _____, the Honorable Laura S. Taylor, United States Bankruptcy Judge, entered an order in the above-captioned case requiring that all entities, including, without limitation, individuals, partnerships, corporations, estates, trusts, and governmental units, who have, or assert, or may have or may assert, any claim against the above-captioned Debtor that arose prior to June 11, 2010, or pursuant to the rejection of an executory contract or unexpired lease on or before June 11, 2010, must on or before March 15, 2011 file proofs of claim, either in person or by mail, in the office of the clerk of the Bankruptcy Court.

     For purposes of this Notice, "Claim" shall mean (a) right to payment, whether or not such

*NOTICE OF CLAIMS BAR DATE* Case No: 10-10177-LT-11

3 pages, JD, 101M not

right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured or (b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

Attached is a Proof of Claim Form explaining procedures for filing the Proof of Claim Form. Also attached is a Copy of the Debtor's Unsecured and Secured Claim Schedules indicating how your Claim is treated on the Debtor's Schedules.

**ALL ENTITIES WHICH FAIL TO FILE A PROOF OF CLAIM ON OR BEFORE THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED FROM (A) ASSERTING CLAIMS THAT SUCH ENTITY POSSESSES AGAINST DEBTOR AND (B) VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OF REORGANIZATION OF DEBTOR, EXCEPT THAT THE FOLLOWING CREDITORS NEED NOT FILE PROOFS OF CLAIM:**

(a) Any entity which has already properly filed with the Bankruptcy Court a Proof of Claim against Debtor (*See*, Claims Docket which is attached); or

(b) Any entity (i) whose Claim is not listed as "disputed," "contingent" or "unliquidated" in the Schedules, and (ii) which agrees with the classification and amount set forth in the Schedules.

Any entity whose Claim is not listed in the Schedules, is listed in an incorrect amount, or is listed as disputed, contingent or unliquidated on the Schedules and which desires to participate in the case and share in any distribution, must file a proof of claim on or before the Bar Date, which is March 15, 2011. If it is unclear from the Schedules whether your Claim is disputed, contingent, or unliquidated as to amount or otherwise properly listed, you **must** file a proof of claim prior to the Bar Date. Any entity which desires to rely on the Schedules will have the responsibility for determining that its Claims are accurately listed therein.

Any entity whose Claim arises from rejection of an executory contract or an unexpired lease after, but prior to the entry of an order by the Bankruptcy Court confirming Debtor's plan,

must file its proof of claim within 30 days from the date of the order rejecting said contract or lease.

   **PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the terms of the Order fixing the Bar Date, any entity which is required to file a proof of claim hereunder, but fails to do so by the date herein required, shall be forever barred, estopped and enjoined from asserting such Claim against Debtor and shall be barred, estopped and enjoined from being treated as a creditor for purposes of voting on reorganization plan and from participating in the distribution under any confirmed plan.

   **PLEASE TAKE FURTHER NOTICE THAT,** the mailing address for the United States Bankruptcy Court for the Southern District of California, and the place where your Proof of Claim must be sent is:

Clerk of the Court                                          With a copy to:
U.S. Bankruptcy Court, S. D. California        Thomas L. Lackman
325 West F Street                                          2540 Northside Drive, #104
San Diego, CA 92101-6988                          San Diego, CA 92108

**Dated: January 31, 2011**          BY: _____
                                                                **Thomas L. Lackman, Pro Se**